IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD E. LARKIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM RAINEY HARPER COLLEGE, ROBERT L. BREUDER, JOAN KINDLE, ASHLEY KNIGHT, SUSAN OVERLAND, RENEE ZELLNER, and DAVID T. RICHMOND, <br><br> Defendants. | No. 11 C 2650 <br><br> Honorable Charles R. Norgle, Sr. <br><br> Magistrate Jeffrey T. Gilbert |

## STATEMENT NOTING THE DEATH OF A PARTY

Defendants, **WILLIAM RAINEY HARPER COLLEGE**, **ROBERT L. BREUDER**, **JOAN KINDLE**, and **ASHLEY KNIGHT**, by and through their Attorneys, Frank B. Garrett III and David G. Weldon of Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., pursuant to Fed. R. Civ. Pro. 25(a)(1), note upon the record the death of Plaintiff Richard E. Larkin, Jr. during the pendency of this action on July 7, 2013.  *See* Exhibit A.

Respectfully submitted,

**WILLIAM RAINEY HARPER COLLEGE, ROBERT L. BREUDER, JOAN KINDLE, and ASHLEY KNIGHT,**

By:  /s/ David G. Weldon
  One of Defendants' Attorneys

Frank B. Garrett III (6192555)
David G. Weldon (6307293)
**ROBBINS SCHWARTZ NICHOLAS**
  **LIFTON & TAYLOR, LTD.**
55 W. Monroe, Suite 800
Chicago, Illinois  60603
(312) 332-7760 – ph. / (312) 332-7768 – fax
fgarrett@robbins-schwartz.com; dweldon@robbins-schwartz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Statement Noting the Death of a Party*, with the Clerk of the Court using the CM/ECF system on this 19th day of August, 2013. I further certify that I served a true and correct copy to Plaintiff's mailing and e-mail address on file with the Court:

    Dr. Richard Larkin
    30 North Prairie Drive
    Addison, IL 60101
    DrRichardLarkin@aol.com

Via U.S. First Class Mail, proper postage prepaid, and also via e-mail, on August 19, 2013.

                                /s/ David G. Weldon
                                David G. Weldon

Frank B. Garrett III (6192555)
David G. Weldon (6307293)
**Robbins Schwartz Nicholas**
   **Lifton & Taylor, Ltd.**
55 W. Monroe, Suite 800
Chicago, Illinois  60603
(312) 332-7760 – ph. / (312) 332-7768 - fax