# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Richard E. Larkin Jr.
                                      Plaintiff,

v.                                                     Case No.: 1:11−cv−02650
                                                     Honorable Charles R. Norgle Sr.

William Rainey Harper College, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2013:

      MINUTE entry before the Honorable Charles R. Norgle: Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25(a)(1) [83] is granted. Case dismissed in its entirety with prejudice. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.